```
 1                    UNITED STATES DISTRICT COURT
                      SOUTHERN DISTRICT OF NEW YORK
 2

 3   ---------------------------x
                                 :
 4   UNITED STATES OF AMERICA    :
                                 :
 5   v.                          :       15 Cr. 317 (KMW)
                                 :
 6   DEAN SKELOS and             :
     ADAM SKELOS,                :
 7                               :
              Defendants.        :
 8                               :
     ---------------------------X
 9

10

11                     Recorded Telephone Calls
                              ████████
12                       ADAM SKELOS Cellphone

13
                         Call Date:  January 12, 2015
14                       Call Time:  10:14:50
                         Session Number:  1607
15                       Participants:  ADAM SKELOS
                                        DEAN SKELOS
16

17

18

19

20

21

22

23

24

25   Audio File Name:    ████████    VZW 2015-01-12 10-14-50 01607-001.wav
```

```
 1              (Phone ringing)
 2         ADAM:   Hi.
 3         DEAN:   Hi.
 4         ADAM:   What's going on?
 5         DEAN:   Nothing.  Just in the office talking with
 6   ███  and --
 7         ADAM:   Are you upstate or downstate?
 8         DEAN:   No, I'm upstate.
 9         ADAM:   Oh, okay.  Can you do me a favor?
10         DEAN:   Sure.
11         ADAM:   Can you text me [SENATOR-A]'s contact
12   information?
13         DEAN:   Sure.
14         ADAM:   All right.  I --
15         DEAN:   Yeah, I'll, I'll, I'll send it to you --
16   I'll send it to you right now.
17         ADAM:   Is he up there or is he down?
18         DEAN:   He's -- he will be up here.
19         ADAM:   All right.  I'll, I'll try him today, but
20   if you see him before I talk to him, just let him know I
21   got to reach out to him about something.
22         DEAN:   Okay.
23         ADAM:   But I'll try and get a hold of him today.
24         DEAN:   Okay.  And there's a -- there's another
25   guy that works for him.  Is ████████ still with [SENATOR-
```

```
 1  A]'s firm?  I think so.  Yeah.  There's a young guy that's
 2  from ███████ area.  I think ███████ is his last name,
 3  works there, too.
 4            ADAM:  Okay.
 5            DEAN:  But, huh?
 6            ADAM:  You want me to, you want me to call him
 7  instead?
 8            DEAN:  No, call [SENATOR-A] and tell him you have
 9  somebody that -- but, you know, the guy's got to pay
10  something.
11            ADAM:  Yeah, yeah, of course.
12            DEAN:  Okay.
13            ADAM:  I think he's (indiscernible)
14            DEAN:   Give him a call.  I'll, I'll send -- huh?
15            ADAM:  I think he's just trying to avoid getting
16  points on his license because it affects insurance.
17            DEAN:  Yeah.  Oh, I know.
18            ADAM:  So (indiscernible)
19            DEAN:  I know.  He can't --
20            ADAM:  (Indiscernible)
21            DEAN:  For sure, for sure.  All right.  I'll get
22  it to you in a little bit.  Let me run.
23            ADAM:  All right.  Thanks, Dad.
24            DEAN:  Okay.  Bye-bye.
25            ADAM:  I love you.  Bye.
```

 1              (End of call)
 2
 3
 4
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25