```
 1                  UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF NEW YORK
 2

 3   ----------------------------x
                                  :
 4   UNITED STATES OF AMERICA     :
                                  :
 5   v.                           :       15 Cr. 317 (KMW)
                                  :
 6   DEAN SKELOS and              :
     ADAM SKELOS,                 :
 7                                :
             Defendants.          :
 8                                :
     ----------------------------X
 9

10

11              Recorded Telephone Calls
                      ███████████
12              ADAM SKELOS Cellphone

13
                Call Date:  January 13, 2015
14              Call Time:  14:27:56
                Session Number:  1649
15              Participants:  ADAM SKELOS
                               [SENATOR-A]
16

17

18

19

20

21

22

23

24

25   Audio File Name:   ███████████   VZW 2015-01-13 14-27-56 01649-001.wav
```

```
 1              A. SKELOS:  Hello?
 2              [SENATOR-A]:  Yeah, hi, Adam.  It's [SENATOR-A].
 3   How are you?  Happy New Year.
 4              A. SKELOS:  Oh, hey, Happy New Year.  How you
 5   doing, [SENATOR-A]?
 6              [SENATOR-A]:  Good.  Thank you.
 7              A. SKELOS:  So, I actually -- I have a client and
 8   it might -- it might be interesting to you.  He ran into
 9   some trouble in his car talking on the cellphone and now I
10   think he's going to get points on his license.  So he asked
11   if I knew anyone who's affiliated with a law firm that,
12   that he could, he could, you know, hire them.  And I said,
13   well, let me call who's helped me with my own tickets.
14              [SENATOR-A]:  Yeah.  Yeah, let him -- you know,
15   do me a favor.  Have him call --
16              A. SKELOS:  Yeah.
17              [SENATOR-A]:  -- my partner, ███████.
18              A. SKELOS:  ███████?  Okay.
19              [SENATOR-A]:  The number is ███████ --
20              A. SKELOS:  ███████.
21              [SENATOR-A]:  -- ███████ --
22              A. SKELOS:  ███████.
23              [SENATOR-A]:  -- ███████.
24              A. SKELOS:  ███████.  Now, this guy, he also -
25   - he happens to be a CEO of an engineering company based in
```

1  Connecticut.  They're starting to do some work here in New
2  York, so it could -- you never know, it could lead to --
3           [SENATOR-A]:  Oh, good.  No.
4           A. SKELOS:  -- other stuff.  But I figure this
5  is --
6           [SENATOR-A]:  Yeah, glad to help.
7           A. SKELOS:  -- at least a good like, you know, a
8  good segue into something.
9           [SENATOR-A]:  Well, I appreciate it.  Well, thank
10 you very much.  Yeah, give him my number and I'll see what
11 I can do to help.
12          A. SKELOS:  Awesome.  All right.  Thanks so much,
13 [SENATOR-A].
14          [SENATOR-A]:  I'll speak to you soon.
15          A. SKELOS:  All right.  Have a good one.
16          [SENATOR-A]:  Bye-bye.
17          A. SKELOS:  Bye now.
18          (End of call)
19
20
21
22
23
24
25