```
 1                    UNITED STATES DISTRICT COURT
                      SOUTHERN DISTRICT OF NEW YORK
 2

 3   ---------------------------x
                                :
 4   UNITED STATES OF AMERICA   :
                                :
 5   v.                         :       15 Cr. 317 (KMW)
                                :
 6   DEAN SKELOS and            :
     ADAM SKELOS,               :
 7                              :
             Defendants.        :
 8                              :
     ---------------------------x
 9


10


11                Recorded Telephone Calls
                        ███████
12                  ADAM SKELOS Cellphone


13
                 Call Date:  February 11, 2015
14               Call Time:  16:31:53
                 Session Number:  2534
15               Participants:  ADAM SKELOS
                                CW-2
16


17


18


19


20


21


22


23


24

25   Audio File Name:   ███████     VZW 2015-02-11 16-31-53 02534-001-wav
```

```
1                    (Phone ringing)
2              CW-2:  Hey.
3              A. SKELOS:  Hey, what's up?
4              CW-2:  Hey, I was curious.  ▓▓▓▓ wants to put
5    out a like short press release on the Bay Park Site, like
6    getting the notice to proceed on the engineering.
7              A. SKELOS:  Um-hum.
8              CW-2:  Do you think that that's a, a problem?
9    It's just for the investment community on his end.
10             A. SKELOS:  Can I talk to you as my friend now,
11   not as a ▓▓▓▓ employee?
12             CW-2:  Sure.
13             A. SKELOS:  All right.  I don't know.  Like I'm
14   nervous about -- okay, so there's some reporter that --
15   from the New York Times that might be putting together a
16   story regarding like real estate.
17             Now there's nothing that I've ever done that
18   intertwines, and I'm being like 100 percent honest about
19   this.  Like, I've never done anything with my dad having to
20   do with that.  Like, my dad has no idea about the real
21   estate business.  It's just something that I've, I've
22   worked in, you know, my entire career.
23             So anyway, somewhere along the line the reporter
24   was -- dug up something about ▓▓▓▓▓▓▓▓ in ▓▓▓▓,
25   and we hadn't -- we had gone out there for ▓▓▓▓ but
```

1  nothing had ever come of it, you know.  It was just -- and
2  he -- I don't know, he was -- he didn't even sit in the
3  meeting really.  He left.
4           CW-2:  Who's ████████?
5           A. SKELOS:  He was a Senator in the ████
6  region.
7           CW-2:  Okay.
8           A. SKELOS:  He recently left, and it turns out I
9  think he was doing something illegal with like campaign
10 funds.  I don't know.  Nothing to do with us, but we just
11 set up a meeting because we heard in that area there was
12 like water contamination issues.  Nothing had ever come of
13 it because just like a lot of municipalities, they were
14 strapped for funding and, you know, they couldn't pay for
15 the services that they needed, and that was it for that
16 time period.
17          But from what I understand, you know, because
18 this guy was, you know, not on the straight and narrow, you
19 know, they subpoenaed all his records, and somewhere in his
20 records it shows that I might have been there with you, you
21 know, representing ████.
22          Now I don't think there's anything to worry about
23 because nothing ever came of it, but the day I met ████,
24 ████ had said that *The New York Times* had been on our Web
25 site like 12 times that day -- or that week.  He thought --

1  and maybe because of, you know, them wanting to do a story
2  about water purification, I just have a feeling it might be
3  this reporter snooping around, trying to build a story.
4          A. Skelos: Now, I mean, we've done nothing wrong,
5  everything has been RFP'd and done by the book. But I, you
6  know the reason why I'm not going to jump on phone calls
7  anymore or like attend um, you know, attend any sort of
8  state meeting is because I have to just be on the side of
9  caution, you know?
10         [STOP: 3:45]
11         [START: 09:57]
12         A. SKELOS:  Did, did anyone from Senator – what
13 the hell is the guy's name? -- ▇▇▇▇▇▇▇, Senator ▇▇▇▇▇▇▇
14 office call you?
15         CW-2:  No, not yet, nor, nor has ▇ but, you
16 know, I've been on my cell.  I haven't missed any calls or
17 anything from them, so --
18         A SKELOS:  Okay.  Yeah, they said they're just
19 going to -- it's easier for them to just coordinate
20 directly with you.  They might try and do that meeting in
21 Albany, I think.
22         CW-2:  Okay.
23         A. SKELOS:  But that's going to be with the
24 Senate staff member who, who really is involved in like
25 drafting legislation.  So the ▇▇▇▇ thing is good but ▇▇▇

```
 1  might be better for supporting the bill, you know, just
 2  being along on it.
 3               ███ might even be good for getting like, you
 4  know, the ████████████ behind this.  It's not going to
 5  be -- really have much opposition, if any, I think, but,
 6  you know --
 7               CW-2:  What's the ████████████?
 8               A. SKELOS:  The ██████████████████████████
 9  ██████████████████████████.  So --
10               CW-2:  Oh, okay.
11               A. SKELOS:  -- they call them the ██████████
12  ███.  But they're the ones who were, you know, obviously
13  most affected by the storm.  And then you get a few
14  Democrats on the other side because, you know, you have all
15  the five boroughs in the lower part of Manhattan that was
16  affected by it.  So I really don't see that proposal coming
17  into much opposition but, you know, good to get the █████
18  ██████ guys on.  They were hit the hardest.
19               CW-2:  Right.
20               A. SKELOS:  Oh, shit.  There is ice everywhere.
21  I don't know.  This is fucking dangerous.  So anyway,
22  where -- are you in Connecticut or where are you?
23               CW-2:  No, I'm, I'm traveling.  But, in fact,
24  actually I was going to say I'm, I'm going to fly -- I'm
25  flying into LaGuardia on Friday, like -- I think, I think
```

```
 1  it's early afternoon.
 2          A. SKELOS:  Okay.
 3          CW-2:  And if I'm going to have to do these
 4  meetings by myself --
 5          A. SKELOS:  Yeah.
 6          CW-2:  You know, before we were going to do, you
 7  know, like ▓▓▓▓▓▓▓▓ was going to be like sort of
 8  taking the lead --
 9          A. SKELOS:  Yeah.
10          CW-2:  -- and I was going to present on that, and
11  now you can't be in the meetings.  Either you --
12          A. SKELOS:  Yeah, I definitely -- sorry.  Go
13  ahead.
14          CW-2:  No, go ahead.
15          A. SKELOS:  No, I was saying it's definitely a
16  good idea if we get together like, even if it's 20 minutes
17  beforehand, just to kind of prep, you know, what you're
18  going to or what you need to kind of achieve from the
19  meeting.
20          CW-2:  Well, yeah.  But and then I need to
21  prepare material, too.  So if -- like what if like the
22  ▓▓▓▓▓▓ meeting is even like next week?  I just am so busy
23  I need like time to prepare these materials.
24          A. SKELOS:  Okay.
25          CW-2:  So like are you around on Friday, even
```

```
 1  like to just grab a quick drink, and then I can like show
 2  you some of the materials we've -- we have just on like P3s
 3  and then like sort of just go through what messages.  So I
 4  --
 5            A. SKELOS:  Yeah, yeah.  Absolutely.  Definitely.
 6            CW-2:  Okay.
 7            A. SKELOS:  Anything you got, and if you want to
 8  e-mail it to me before that, that would be good, and I'll
 9  make some notes, and then we'll get together.
10            CW-2:  Okay.
11            A. SKELOS:  What time are you going to be in on
12  Friday?
13            CW-2:  It's sometime early afternoon, and then
14  I've got something in New York that's like going to be
15  scheduled at some point.  So I'll have to get back to you
16  because it might be that I have to go straight from the
17  airport into the city --
18            A. SKELOS:  Um-hum.
19            CW-2:  -- in which case like it would be a lot
20  easier if you'd be willing to come into the City.
21            A. SKELOS:  Yeah.
22            CW-2:  Because I've got to go back to Connecticut
23  then.  And so if I'm like out on -- you know, because it's
24  the day before a 3-day weekend.
25            A. SKELOS:  Yeah.
```

```
 1              CW-2:  So I've got to go -- if I'm on Long
 2   Island, then it takes longer to, you know, go through the
 3   traffic --
 4              A. SKELOS:  Yeah.
 5              CW-2:  -- whereas if it's New York City, then I
 6   can just shoot up through Westchester.  But we can
 7   coordinate that.  I mean, are you somewhat flexible?
 8              A. SKELOS:  Yeah, yeah, I'll, I'll work things
 9   out.
10              CW-2:  Okay.
11              A. SKELOS:  All right, man.  Listen, just that,
12   that thing I told you about with the possibility and the
13   whole reporter, just, you know, keep that between us if you
14   could.  I don't want ▓▓▓▓ --
15              CW-2:  Yes.
16              A. SKELOS:  -- you know, to get nervous talking
17   to me or all that stuff, so -- or anybody he knows.
18              CW-2:  Yeah.  And I, I wouldn't -- I mean, it's -
19   - I wouldn't worry about it.  It seems like such a, such a
20   tenuous connection, you know, like --
21              A. SKELOS:  It's really -- it's a stretch, and if
22   it was like *The Post* or *The Daily News*, I'd say, okay,
23   well, they'll take anything and write, but *The New York*
24   *Times*, like they really, you know, do their due diligence.
25   And if it's nothing, if it's nothing with legs to it, then
```

```
 1  I don't see them really putting anything out.  But, you
 2  know, I, I had to tell you.  I've been stressing out about
 3  it, to be honest with you.
 4            CW-2:  Mmmm.  Well --
 5            A. SKELOS:  But my dad went to Florida for 2
 6  weeks, so he's just like, I'm not dealing with this shit
 7  right now.  Yeah, he took a little break in Albany.  So
 8  he's taking some time to himself.
 9            CW-2:  I see.  Yeah.
10            A. SKELOS:  All right.
11            CW-2:  Well, I'll coordinate with you to figure
12  out what time to meet on Friday if I can.  I'm like -- I'm
13  going to really try to do that because, you know, like now
14  I'm on my own.
15            A. SKELOS:  Yeah.
16            CW-2:  So --
17            A. SKELOS:  Listen, I will, I will literally
18  drive, drive there with you, you know, and, and wait
19  outside with you.
20            CW-2:  Yeah, but --
21            A, SKELOS:  I just, I just can't go in there, you
22  know.
23            CW-2:  Well, that's, that's fine.
24            A. SKELOS:  Yeah.
25            CW-2:  And I'll like -- by then I need to have
```

1  the materials already, like, prepared.

2          A. SKELOS:  Yeah.

3          CW-2:  So I want to have like -- I want to have

4  at least a week to work on them, like what, you know, the

5  structure of it because none of that's been done.

6          A. SKELOS:  Yeah.  All right.  That's, that's a

7  good idea.

8          [STOP: 16:35]