EXHIBIT 1

The Skelos scandal — state Senate for sale | New York Post

OPINION

# The Skelos scandal — state Senate for sale

By Post Editorial Board        May 4, 2015 | 8:58pm



Dean Skelos and Adam Skelos
Reuters

State Senate Republicans were locked behind closed doors late Monday pondering whether to oust Dean Skelos — charged with corruption and bribery — as their legislative leader.

Why they saw any need for debate is beyond us.

Because in a town reeking with the stench of unbridled corruption, Skelos appears to have set some sort of new record in shamelessly selling his public office.

That, at least, is the clear implication of the six-count criminal complaint unveiled against the Long Island Republican and his son, Adam. The two are charged with a five-year scheme to "monetize" his office.

Skelos, recall, notably refused to call on Sheldon Silver to quit as Assembly speaker after he was indicted. Now we know why.

US Attorney Preet Bharara, taking aim at yet another Albany kingpin, charged Skelos with extorting payments from companies to his son in return for legislative favors.

Adam Skelos, Bharara charged, was wholly dependent on his father, becoming a consultant for an environmental company even while admitting (according to wiretaps) that he "literally knew nothing about water or, you know, any of that stuff."

So brazen was their alleged plotting, according to the charges, that they even discussed payoffs by phone during the wake for slain NYPD Det. Wenjian Liu.

Then, after Silver's indictment, father and son allegedly tried desperately to cover their tracks — using untraceable "burner" phones and bemoaning how "frustrating" it was that Bharara might be listening in on every conversation.

Both Dean and Adam Skelos swear they'll be vindicated. A jury of their peers will tell.

But if a fraction of Bharara's charges hold up, then the US attorney had it right Monday: Even after all the elected officials indicted and convicted in recent years, corruption remains "a deep-seated problem" in both chambers of the Legislature and on both sides of the political aisle.

And when it comes to shrugging at corruption, bipartisanship reigns supreme in Albany.

The capital is filthy enough that changing players at the top won't itself make a difference — but it's the right place to start.

FILED UNDER    **ALBANY**, **DEAN SKELOS**, **EDITORIAL**

Recommended by

# EXHIBIT 2

# Editorial: Dean Skelos has got to go



**EDITORIALS**

NEW YORK DAILY NEWS    Monday, May 4, 2015, 7:03 PM



Buh-bye (LOUIS LANZANO/DAILY NEWS)

Federal criminal charges lodged against state Senate Majority Leader Dean Skelos depict him as wringing hundreds of thousands of dollars out of Albany supplicants for his 32-year-old son.

With damning detail, Manhattan U.S. Attorney Preet Bharara's complaint spells out a drive by Skelos to boost his son Adam's income by abusing his vast powers as Senate boss.

Incredibly, Skelos responded with the perspective of a man who actually believes anything goes in Albany, no matter how much money changes hands or how vigorous the back-scratching. He predicted that, beyond being found not guilty of crimes, he will prove himself fully innocent.

Not a chance.

In the meantime, he must step down as majority leader and join the recently deposed Sheldon Silver in demonstrating that Bharara is imposing law and order on the Legislature's standard operating procedures.

All too predictably, precious few members of Skelos' Republican conference had the integrity to quickly call for his ouster — with Long Island's John Flanagan flatly declaring that Skelos "should stay on as leader, plain and simple."

That's how the Corruption Caucus in Silver's Assembly behaved until the public revolted. Plainly, Skelos' days are numbered. Flanagan's should be, too.





PAID CONTENT BY WARBY PARKER

## Shop Logan

Backed up by wiretaps, emails and cooperating witnesses, the facts show that Skelos put the arm on Glenwood Management, a major landlord, to hire his son during meetings in which the company lobbied him on rent regulation and tax breaks.

&#x1F5A5; VIEW GALLERY

## Political scandals

They show that Skelos guided $200,000 from Glenwood to Adam through a title insurance company and an engineering firm. They show that Skelos reciprocated with legislation in Albany and by securing a $12 million contract from Nassau County. He even discussed the deal with Nassau Executive Ed Mangano at the wake for a slain NYPD officer.

As the Skeloses became worried about getting caught, Adam complained to his father: "You can't talk normally because it's like f---ing Preet Bharara is listening to every f---ing phone call."

Revealed in a footnote was that the elder Skelos has garnered $2.6 million from a Long Island law firm without performing "any actual legal work" — a whole scandal in itself.

Skelos is at least the 31st Albany pol accused of serious wrongdoing in the past 15 years — including a governor, a controller, an Assembly speaker and five of the last six Senate leaders.

The place is corrupt to the core.

## Sign up for BREAKING NEWS Emails

Enter your email

Sign Up

privacy policy

---

© 2016 New York Daily News

EXHIBIT 3

FOLLOW

POLITICS    ENTERTAINMENT    WORLD NEWS    HALF FULL    ARTS AND CULTURE    U.S. NEWS    TECH    HUNT FOR THE CURE    SCIENCE

Ad



EDUARDO MUNOZ/REUTERS

**DESPICABLE**

## Corrupt Pol Took Alleged Shakedown Call at NYPD Cop's Funeral

As if the graft allegations against the New York state Senate leader weren't enough, he is accused of conducting his dirty business as a slain cop's family mourned nearby.

 **MICHAEL DALY** 05.05.15 5:15 AM ET

 HOMEPAGE          



EDUARDO MUNOZ/REUTERS

In one of the all-time lows in American politics, the New York state Senate majority leader stood at a <u>murdered cop's funeral</u> and chatted with his son on a cellphone about an alleged shakedown.

According to a federal criminal complaint unsealed on Monday, Majority Leader <u>Dean Skelos</u> was still at the January 4 funeral for NYPD Detective Wenjian Liu when his son, Adam Skelos, called him.

ADVERTISEMENT



Dean Skelos was as cryptic as a wire-wary gangster as he relayed a promise that he is alleged to have just extracted from a senior Nassau County official while walking outside the Brooklyn funeral home.

"All claims that are in will be taken care of," 67-year-old Dean Skelos was recorded telling his 32-year-old son.

Dean Skelos was apparently a little too cryptic.

"What's that?" Adam Skelos asked.

"All claims that are in will be taken care of," Dean Skelos repeated.




Parkland Teen Gets
Funeral Fit for Army Hero


U.S. Army Awards Medal
of Heroism to Slain
Parkland Students


Students' Videos Capture
Shooting Horror Inside
High School

Adam Skelos finally got it.

ADVERTISING



"Oh, OK. Gotcha," said the seeming <u>Fredo Corleone</u> of New York politics.

"All right?" Dean Skelos asked.

"All right, great," Adam Skelos said.

"I'll discuss the rest with you later," Dean Skelos said.

## GET THE BEAST IN YOUR INBOX!

Enter your email address
By clicking "Subscribe," you agree to have read the <u>Terms of Use</u> and <u>Privacy Policy</u>

SUBSCRIBE

The alleged grafting done for the moment, Skelos rejoined the mourning for one of two NYPD detectives who had been <u>shot to death</u> by a madman as they sat in their radio car just before Christmas.

Liu had arrived in America on Christmas Eve exactly 20 years before. He had spent his high school years hurrying from class to help his father finish piece work at a factory. He had studied to be an accountant in college but had been inspired by 9/11 to join the NYPD. He and his wife had been married for just two months and had been trying to start a family. He had died in the service of his city, state, and country before he could ever see a child of his own.

And here at the funeral was Dean Skelos, supposed grandee of the public trust, muttering on a cellphone what prosecutors say were assurances that his son's grubby bit of graft was assured.

The alleged graft in this instance supposedly involved payments to Adam Skelos from an environmental services company that was angling for a water treatment contract.

"I literally knew nothing about water or, you know, any of that stuff," Adam Skelos was recorded saying during another conversation.

Such corruption is sadly standard stuff for the New York state legislature, which has seen more than 30 members run afoul of the law in recent years.

Other purported dignitaries who attended Liu's funeral included Assembly Speaker Sheldon Silver. He was underlined arrested five weeks later on a federal criminal complaint charging him with fraud and extortion schemes that allegedly netted him almost $4 million.

Silver declared his innocence and tried to get the case tossed out, protesting in federal court that U.S. Attorney Preet Bharara had been grandstanding at Silver's expense. The judge let the charges stand. Bharara proceeded to indict Silver's son-in-law, Marcello Trebitsch, for allegedly running a $7 million Ponzi scheme.

Silver's arrest seemed to put a fright into the Skelos father and son. Adam Skelos began using what he called his "safe phone" or "burner phone," such as drug dealers favor. He seemed to imagine, wrongly, that it could not be traced and tapped. He was recorded grumbling to a Senate staffer that he could hardly "just send smoke signals or a little pigeon with [a] f---ing note [tied] to its foot."

At one point, Adam Skelos advised his father that they should start communicating via FaceTime.

"Adam Skelos told Dean Skelos that he would explain during their FaceTime call why he wanted to use FaceTime," the criminal complaint reports.

Skelos was recorded telling someone that FaceTime was preferable because the calls do not appear on the phone bill, "just the data plan."

On March 28, the son complained to Dean Skelos that he could not obtain explicit "real advice" from his father.

"You can't talk normally because it's like f--king Preet Bharara is listening to every f--king phone call," the feds recorded Adam Skelos as saying. "It's just so frustrating."

"It is," Dean Skelos said.

At another moment, Dean Skelos was recorded warning his son, "Right now, we are in dangerous times, Adam."

But they apparently still did not abandon the water treatment scheme, which allegedly involved funneling funds to the environmental services company from the $5.1 billion the state received in a settlement with Wall Street after the financial crisis.

"My best chance for being successful," Adam Skelos was recorded saying of the scheme, adding that without it he would "lose the ability to pay for things."

But all that just constituted yet another case of alleged corruption originating in the New York state legislature, one that, in terms of the supposed crimes themselves, is distinguished only by Dean Skelos's stature as the person who, in his words, has the power to "control everything" in the Senate.

Beyond that, what marked this case as so much more shameful was the phone chat that the complaint describes as Skelos as having at Detective Liu's wake but that, by the date, the craven pol in fact had at the funeral. The call became part of the evidence cited in the criminal complaint unsealed on Monday.

In a sorry coincidence, the next NYPD cop to make the supreme sacrifice was in his final two hours of life when Dean Skelos and Adam Skelos arrived at FBI headquarters in downtown Manhattan to be booked on corruption charges. Police Officer

   

Brian Moore had been fatally wounded while placing himself in harm's way with a selflessness that leaves crooked public servants in abject disgrace.

As they crossed the sidewalk Monday, father and son Skelos had their arms around each other in a familial embrace. You almost could have forgotten the charges against them.

After the arraignment, Dean Skelos declared that the allegations are groundless.

"I know that I will be found not only not guilty but innocent," he told reporters. "I have absolute confidence and respect for our judicial system here in the United States of America, and utmost respect for our judges and our juries. And that's why I will be found innocent and my son will [as well]."

The funeral for Police Officer Brian Moore is expected to be held in his home county of Nassau, also home to Dean Skelos.

But unless the Moore family wants him there, let us hope that Dean Skelos has already been to his last police funeral.

## Sponsored Stories

Recommended by



**[Gallery] The Less Wondrous Side To Lynda Carter's Life Revealed**

TEASTART



**The Perfect Shoe: These Flats Have a 1400-Person Waitlist**

BRIT & CO.



**This Meal Delivery Kit Actually Costs Less Than Groceries**

HOME CHEF



**The 12 Worst Cars for Resale Value**

FORBES

Politics   Entertainment   World News   Half Full   Arts and Culture   U.S. News   Tech   Hunt for the Cure   Science

About   Contact   Tips   Jobs   Help   Privacy   Code of Ethics & Standards   Terms & Conditions   Copyright & Trademark   Sitemap   Advertise With Us

© 2018 The Daily Beast Company LLC

EXHIBIT 4

**The New York Times** | https://nyti.ms/1AwDZ1I

**N.Y. / REGION**

# Grand Jury Indicts Dean Skelos, Ex-New York Senate Leader, and Son in Corruption Case

By WILLIAM K. RASHBAUM    MAY 28, 2015

Roughly three weeks after their arrest in a federal corruption case, Dean G. Skelos, the former majority leader of the New York Senate, and his son were indicted by a grand jury on Thursday on charges of extortion, wire fraud, conspiracy and bribe solicitation.

The accusations in the six-count indictment handed up in United States District Court in Manhattan largely track the six counts in the criminal complaint that was the basis of the May 4 arrests of the senator and his son, Adam B. Skelos.

The indictment, however, includes one additional accusation: that the senator secured over $100,000 in payments and health benefits from a medical malpractice insurer that provided his son with a no-show job while it lobbied the senator on legislative matters.

The 22-page indictment, brought by the office of the United States attorney for the Southern District of New York, does not name the insurer and provides no further details.

Case 1:15-cr-00317-KMW  Document 256-1  Filed 03/01/18  Page 16 of 36

The indictment, following the outlines of the criminal complaint, says the senator and his son "engaged in a corrupt scheme to monetize Dean Skelos's official position to obtain for Adam Skelos hundreds of thousands of dollars in bribes, gratuities and extortion payments from campaign donors to Dean Skelos or companies with business before the state."

At the heart of the charges against Senator Skelos, a Republican from Long Island, is the accusation that he took official actions to benefit a small Arizona environmental company, AbTech Industries, and a large New York developer, Glenwood Management, that had financial ties to AbTech. Senator Skelos agreed to do so, according to the charges, as long as the companies paid his son.

G. Robert Gage Jr., a lawyer for the senator, and Christopher P. Conniff, who represents the senator's son, did not immediately respond to a request for comment.

After the two men were arrested, Senator Skelos said, "I know that I will be found not only not guilty but innocent." He said he had "absolute confidence and respect for our judicial system," and added, "that's why I will be found innocent and my son will," too.

At the time, Adam Skelos's lawyer said that his client was not guilty of the charges and "looks forward to fighting them in a courtroom."

The grand jury's action against Mr. Skelos and his son moves the corruption case toward trial and suggests there is little prospect of plea negotiations at this stage.

The senator stepped down from his leadership post a week after his arrest. A few days earlier, he had taken a leave of absence from the law firm where he served as "of counsel." (The criminal complaint against him said he had earned $2.6 million there since 1994, despite apparently doing no actual legal work; he was paid instead for referring clients, some of whom had business before the state.)

A version of this article appears in print on May 29, 2015, on Page A19 of the New York edition with the headline: Grand Jury Indicts Ex-State Senate Leader and His Son in Corruption Case.

© 2018 The New York Times Company

EXHIBIT 5

# Dean Skelos' son faces new charge of no-show job

**BY** STEPHEN REX BROWN

NEW YORK DAILY NEWS     Thursday, May 28, 2015, 2:52 PM



A medical malpractice insurer lobbying State Sen. Dean Skelos allegedly gave Adam Skelos the cushy gig that paid over $100,000. (EDUARDO MUNOZ/REUTERS)

Dean Skelos' ne'er-do-well son was paid over $100,000 by a medical malpractice insurer seeking to curry favor with the powerful pol, federal prosecutors charged Thursday.

The allegation was included in a new indictment against the father-son duo.

The indictment did not specify the firm, and said the money came in the form of payments and health benefits.

The insurer "provided Adam Skelos with a no-show job while actively lobbying Dean Skelos on legislative matters," the indictments reads.

The indictment reaffirmed the six bribery and extortion charges leveled against the pair in a complaint earlier this month.



Prosecutors hope to seize nearly $300,000 held in two bank accounts belonging to Adam Skelos, as well as his home in Rockville Centre, L.I. (CHRISTIE M FARRIELLA/FOR NEW YORK DAILY NEWS)

The 67-year-old Dean Skelos has resigned his post as State Senate Majority Leader. He's accused of using his office to score his 32-year-old son cushy gigs.

The jobs — which prosecutors say Adam Skelos admitted he wasn't qualified to hold — apparently paid well.

Prosecutors said in the indictment the younger Skelos should forfeit nearly $300,000 held in two bank accounts, as well as his home in Rockville, Centre, L.I.

Both have pleaded not guilty and were released on bail.

## Sign up for BREAKING NEWS Emails

Enter your email

Sign Up

privacy policy

© 2016 New York Daily News

EXHIBIT 6

Case 1:15-cr-00317-KMW Document 256-1 Filed 03/01/18 Page 22 of 36

METRO

# Ex-State Senate boss Dean Skelos, son indicted on corruption charges

By Josh Saul                                                   May 28, 2015  |  3:31pm



Dean Skelos, left, and his son Adam.
AP

Former state Senate Majority Leader Dean Skelos and his son were indicted on six corruption counts, federal authorities in Manhattan announced Thursday, as court papers revealed a new allegation that the father helped the son cash in on his once-powerful position.

"Dean Skelos attempted to secure and did secure hundreds of thousands of dollars for Adam Skelos, including . . . over $100,000 in payments and health benefits from a medical-malpractice insurer who provided Adam Skelos with a no-show job while actively lobbying Dean Skelos on legislative matters," reads the 22-page indictment, which doesn't name the insurer.

The indictment also divulged for the first time that the Long Island Republican allegedly threatened to punish real-estate companies that didn't pump cash into his war chest.

"Dean Skelos stated to [a cooperating witness] and others that he would take detrimental action against real-estate developers who did not support him by, among other things, making contributions to his campaign fund," states the Manhattan federal court indictment.

Case 1:15-cr-00317-KMW Document 256-1 Filed 03/01/19 Page 23 of 36

The medical-insurer payout brings the amount Adam Skelos cleared on the alleged scheme to about $320,000, according to court papers. That includes some $200,000 from AbTech Industries in Arizona and $20,000 from the Glenwood Management realty firm in Manhattan.

The indictment also sought to force Adam Skelos to forfeit his Rockville Centre, LI, home and about $300,000 he has deposited in two bank accounts.

The father and son were indicted on crimes including extortion, wire fraud and solicitation of bribes.

"The defendants engaged in a corrupt scheme to monetize Dean Skelos' official position to obtain for Adam Skelos hundreds of thousands of dollars in bribes, gratuities and extortion payments from campaign donors to Dean Skelos and/or companies with business before the state," the indictment reads.

Dean and Adam Skelos were arrested earlier this month, and the elder Skelos stepped down as majority leader exactly one week later. He maintains his Senate seat.

Defense attorneys for Dean and Adam Skelos did not return calls for comment.

FILED UNDER    **ADAM SKELOS**, **CORRUPTION**, **DEAN SKELOS**, **STATE SENATE**

Recommended by

EXHIBIT 7

# Feds listened to Dean Skelos' cellphone for over two months

BY STEPHEN REX BROWN

NEW YORK DAILY NEWS    Monday, June 1, 2015, 12:10 PM



For months the feds were listening to the cellphones of both State Sen. Dean Skelos and his son, Adam. (JEFFERSON SIEGEL/NEW YORK DAILY NEWS)

Federal prosecutors revealed Monday they were tapping State Sen. Dean Skelos' cellphone for two and a half months before he was charged with using his office to score his son cushy jobs.

The details regarding the extensive surveillance of both father and son came as the pair entered not guilty pleas in Manhattan Federal Court before Judge Kimba Wood.

Assistant U.S. Attorney Rahul Mukhi said that investigators were tapping Adam Skelos' primary cellphone for four months. He said they spied on a secondary cellphone belonging to Adam for one month.

All told, federal investigators intercepted 2,400 audio files — and an unspecified amount of text messages — that will be turned over to the defense in advance of the trial.

Mukhi said that given the volume of evidence, including millions of pages of emails, he expected both sides wouldn't be ready for trial until early next year.

That didn't sit well with Wood, who ordered both parties to return to court July 30.

Robert Gage, the attorney for Dean Skelos, 67 said neither his client nor Adam Skelos, 32, would comment.





PAID CONTENT BY WARBY PARKER

## Shop Webster

Both entered pleas through their attorneys.

Last week, a grand jury returned an indictment against the pair that alleged Adam Skelos was paid $100,000 by a medical malpractice insurer seeking to curry favor with his powerful father.

The elder Skelos also allegedly got his son a separate gig through a powerful developer seeking favorable tax breaks and rent-stabilization laws.

They face six bribery and extortion charges.

### Sign up for BREAKING NEWS Emails

Enter your email                                      Sign Up

privacy policy

---

© 2016 New York Daily News

EXHIBIT 8



METRO

# Feds tapped Dean Skelos' phone for months

By Josh Saul                                      June 1, 2015 | 2:20pm



Former New York state Senate Majority Leader Dean Skelos (left) and his son, Adam, leave court in Manhattan on June 1.
Reuters

The feds tapped state Sen. Dean Skelos' cellphone for more than two months before busting him and his son in a pay-to-play scheme, it was revealed Monday — news that's sure to make Albany squirm.

The former Senate majority leader, 67, and his son, Adam Skelos, 32, both pleaded not guilty at a brief Manhattan federal-court proceeding in which prosecutors revealed the 2½-month wiretap.

Prosecutors have charged the men with selling the powerful Republican's clout in exchange for jobs and payments for the son, in just the latest instance of alleged Capitol corruption.

Insiders say the wiretap has lawmakers nervous because of its potential to rip the lid off the sleazy — and possibly illegal — way deals are made in Albany.
Adam Skelos' phones also were tapped: one for four months and the other for a month.

Roughly 2,400 recorded audio files and additional text messages from the pair, as well as "millions of pages" of discovery — mostly e-mails — will be turned over to the defense, prosecutors said.

Some of Adam Skelos' calls have already been published in court papers.

"You can't talk normally because it's like f--king Preet Bharara is listening to every f--king phone call," Adam whined to his dad about the US attorney March 28, according to the criminal complaint.

"It's just f--king frustrating," Adam Skelos said.

Judge Kimba Wood ordered the principals to return to court July 30 to discuss scheduling a trial date.

Both Skelos declined to comment after their arraignment.

A federal grand jury indicted Dean and Adam Skelos last week on six corruption counts.

"Dean Skelos attempted to secure and did secure hundreds of thousands of dollars for Adam Skelos, including . . . over $100,000 in payments and health benefits from a medical-malpractice insurer who provided Adam Skelos with a no-show job while actively lobbying Dean Skelos on legislative matters," read the 22-page indictment.

The indictment also divulged for the first time that Dean Skelos allegedly threatened to punish real-estate companies that didn't pump cash into his campaign coffers.

The indicted pol resigned from his leadership position a week after he was arrested last month, but still remains in the Long Island seat he's held for 30 years.

The feds charge Dean Skelos wielded his power to obtain about $320,000 for his son, including $100,000 in payments and health benefits from the Long Island medical malpractice insurance firm, $200,0000 from AbTech Industries in Arizona and $20,000 from the Glenwood Management realty firm in Manhattan.

FILED UNDER    **ADAM SKELOS**, **CORRUPTION**, **DEAN SKELOS**

Recommended by

EXHIBIT 9

METRO

# Senate GOP gave disgraced Dean Skelos $50K following arrest

By Carl Campanile                                              July 15, 2015 | 10:01pm



Dean Skelos
Steven Hirsch

The state Senate Republican Campaign Committee shoveled $50,000 into the re-election coffers of its disgraced former leader, Dean Skelos, just two weeks after he was busted on a corruption rap, records released Wednesday reveal.

Skelos is accused of squeezing a real-estate developer and a medical-malpractice insurance firm to enrich his son with no-show jobs and business deals.

Skelos was arrested by the feds on May 4.

Fellow Long Island state Sen. John Flanagan replaced Skelos as majority leader on May 11.

Eight days later, the Senate GOP committee made the $50,000 donation, according to Skelos' midyear campaign filing with the Board of Elections.

On May 28, Skelos and his son, Adam, were indicted by US Attorney Preet Bharara for the alleged play-to-pay schemes.

Father and son maintain their innocence.

Government watchdogs said the donation looks fishy and added they suspect the Senate GOP is helping Dean Skelos build up campaign reserves to cover costly legal bills for his upcoming criminal trial.

State lawmakers are permitted to tap their campaign accounts to cover legal expenses linked to their job, even involving criminal charges.

"Campaign contributions should be used for campaigns, not as legal-defense funds. The money shouldn't be used as a get-out-of-jail card," said Blair Horner, of the New York Public Interest Research Group.

Said Dick Dadey of Citizens Union, "It's odd that the Republicans make such a transfer of funds given Skelos' arrest and his departure from the top leadership post."

Asked why the Senate GOP committee donated to Skelos' campaign following his corruption bust, a Senate official insisted the $50,000 was payback for contributions the then-Senate leader made to help elect candidates in last fall's election.

The Senate GOP source said Skelos wanted to counter last-minute spending engineered by Mayor de Blasio on behalf of Democratic candidates.

Skelos transferred $100,000 to the SRCC in two $50,000 installments on Oct. 24 and Nov. 6, 2014, campaign records show.

But Skelos doesn't need the money. His campaign reports a balance of $2.43 million.

He has also set up the "Skelos Family Legal Defense Fund" to help cover legal costs.

A source close to the senator said the fund was established to cover legals bills for his son, who would not able to tap the campaign fund.

FILED UNDER    **DEAN SKELOS**, **REPUBLICANS**

Recommended by

EXHIBIT 10

Dean Skelos and His Son Face New Bribery Charges - The New York Times

**The New York Times** | https://nyti.ms/1LBXsQQ

N.Y. / REGION

# Dean Skelos and His Son Face New Bribery Charges

By SUSANNE CRAIG   JULY 21, 2015

It should have been a standard conversation, right out of the human resources playbook: Adam Skelos, a new employee, had regularly skipped work in his very first week, logging about one hour during the previous four days.

The conversation did not go well.

According to an expanded indictment filed Tuesday by federal prosecutors against Adam Skelos and his father, State Senator Dean G. Skelos of Long Island, Adam Skelos allegedly threatened to "smash in" his boss's head. He then told the supervisor at the malpractice insurance company that he would never amount to anything, and that guys like him could not even shine his shoes.

The superseding indictment added two new charges of soliciting bribes from a Long Island company that had lobbied the state in return for favorable legislation. The new charges came almost three months after Senator Skelos and his son were arrested in New York by federal authorities on extortion, fraud and bribe solicitation charges.

In the initial criminal complaint filed in May, Senator Skelos, the former Republican majority leader, was accused of taking official actions to benefit AbTech

Industries, an Arizona-based environmental company, and Glenwood Management, a New York developer that had financial ties to AbTech. Senator Skelos agreed to do so, according to the complaint, as long as the companies paid his son.

The new indictment includes the earlier charges, painting a picture of Adam Skelos as an entitled son who looked to take advantage of his father's powerful perch atop the Senate.

"During the same time period that the malpractice insurance company was lobbying defendant Dean Skelos, Dean Skelos repeatedly solicited the C.E.O. to direct money to Adam Skelos, the defendant," federal authorities wrote in the superseding complaint.

Federal authorities say Adam Skelos relied on his father's name to land the job at the malpractice insurance firm and, once there, told his boss he did not have to come to work regularly because of who his father was.

In January 2013, not long after Adam Skelos's rocky call with the supervisor, federal authorities say that Senator Skelos called the chief executive of the malpractice insurance company, demanding to know why Adam Skelos was being "harassed." In a subsequent call, the executive explained how the senator's son had not shown up to work and then threatened the supervisor when confronted about it. Senator Skelos told the executive that the company needed to sort out its issues with Adam so that he could remain at the firm.

The company, which was not named in the complaint, was worried that if it did not do as Senator Skelos advised, he would take adverse action on legislation important to its business interests, federal authorities said.

Nonetheless, a lobbyist for the company met with Senator Skelos to discuss his son's no-show work record. The senator, federal authorities say, told the lobbyist that his son needed cash because he had just bought a house.

Adam Skelos was making $78,000 a year. In the fall of 2013, he approached the firm about converting his employment contract to a consulting agreement. He

eventually signed an agreement that would pay him $36,000 a year for making 100 sales a week.

"The malpractice insurance administrator never sold one medical malpractice policy to a single doctor as a result of any call placed by or performed by Adam Skelos," federal authorities wrote in the indictment.

The senator had other dealings with the company, federal authorities said; in 2012, he asked the firm to direct more business to a court-reporting service that employed Adam Skelos's girlfriend, who is now his wife.

Lawyers for the senator and his son did not respond to a request for comment on the new allegations. A website has been established so people can donate to their legal defense. The fund, according to the website, was created to help the Skeloses "stand up and defeat those who place their own ambition ahead of justice," and make clear that "it's wrong to criminalize the relationship between a father and son."

William K. Rashbaum contributed reporting.

A version of this article appears in print on July 22, 2015, on Page A21 of the New York edition with the headline: Senator and His Son Face Expanded Bribery Charges.

© 2018 The New York Times Company