UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>- v. -<br><br>DEAN SKELOS and ADAM SKELOS,<br><br>Defendants. | S1 15 Cr. 317 (KMW)<br><br>**DECLARATION OF<br>JULIAN S. BROD** |

JULIAN S. BROD, pursuant to 28 U.S.C. § 1746, declares as follows:

1. I am an Associate at Hoguet Newman Regal & Kenney, LLP, attorneys for Defendant Adam Skelos. I am submitting this declaration in support of the defendants' Motions *In Limine*, dated April 2, 2018.

2. Attached hereto as Exhibit A is a true and correct copy of the document that the government produced to the defendants as WEINSTOCK 3584-02.

3. Attached hereto as Exhibit B is a true and correct copy of the document that the government produced to the defendants as AMBROSINO 3573-02.

4. Attached hereto as Exhibit C is a true and correct copy of the document that the government produced to the defendants as GERSTMAN 3577-01.

5. Attached hereto as Exhibit D is a true and correct copy of the document marked as Government Exhibit 1434-T in the prior trial in this action.

6. Attached hereto as Exhibit E is a true and correct copy of the document that the government produced to the defendants as RAPTIS 3568-01.

7. Attached hereto as Exhibit F is a true and correct copy of the document marked as Government Exhibit 1337 in the prior trial in this action.

8. Attached hereto as Exhibit G is a true and correct copy of the document marked as Government Exhibit 2503 in the prior trial in this action.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: April 2, 2018
New York, New York

_____/s/ Julian S. Brod_____
JULIAN S. BROD (JB 8269)
