UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

UNITED STATES OF AMERICA          :

    - v.-          :          15 Cr. 317 (KMW)

DEAN SKELOS and ADAM SKELOS,
                                          :
            Defendants.
-------------------------------------------------------------x

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/11/18
```

IT IS HEREBY ORDERED THAT Courtroom Connect, a Southern District of New York contracted vendor, may provide the Government in the *United States* v. *Dean Skelos and Adam Skelos*, 15-CR-317 (KMW), with an Internet connectivity feed for the duration of the trial proceedings, set to begin on Tuesday, June 19, 2018. Courtroom Connect should make proper arrangements with the District Executive Office of the Court and the official court reporter.

SO ORDERED,

Dated: June 7, 2018
       New York, New York

_____
HONORABLE KIMBA M. WOOD
UNITED STATES DISTRICT JUDGE