```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:    4/14/20   
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

UNITED STATES OF AMERICA

                                                       15-CR-317 (KMW)
                                                      **ORDER**

      v.

ADAM SKELOS,

            Defendant.
---------------------------------------------------------------X

KIMBA M. WOOD, District Judge:

      On April 10, 2020, Defendant Adam Skelos moved to modify his sentence pursuant to 18 U.S.C. 3582(c)(1)(A).  (ECF No. 505.)  Defendant seeks to serve to the remainder of his term of incarceration in home confinement.  Defendant's scheduled release date is June 4, 2021.  Because the Court previously granted his request to serve nine to twelve months of his sentence at a halfway house, he may be eligible to leave FCI Danbury as soon as June 4, 2020.

      In support of his motion, Defendant states that he is a non-violent offender with a history of good conduct, and that FCI Danbury is experiencing a high rate of COVID-19 infection.  The Government shall respond to Defendant's motion by May 11, 2020.

SO ORDERED.

Dated: New York, New York
       April 14, 2020                                              /s/ Kimba M. Wood
                                                                    KIMBA M. WOOD
                                                             United States District Judge