Adam Skelos            4            1516241 - MLT
Docket Number: 1:15-CR-0317-2(KMW)



**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**PROBATION OFFICE**

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/24/23
```

*JUDICIAL RESPONSE*

THE COURT ORDERS:

[✓]  Transfer of Jurisdiction to the District of Minnesota APPROVED

[ ]  Transfer of Jurisdiction to the District of Minnesota DENIED

[ ]  Other

_____
_____
_____
_____

_____
Honorable Kimba M. Wood
Senior U.S. District Judge

1/23/23
Date