UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X

UNITED STATES OF AMERICA : **FINAL ORDER OF FORFEITURE**

-v.-

: S1 15 Cr. 317 (KMW)

ADAM SKELOS,

Defendant.

---------------------------------------- X

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/7/23

WHEREAS, on or about May 13, 2015, the Court entered a Preliminary Order of Property/Money Judgment (the "First Preliminary Order of Forfeiture") (D.E. 195), which ordered the forfeiture to the United States of all right, title and interest of ADAM SKELOS, (the "Defendant") in the following specific property:

    a. The real property known and described as all that lot and parcel of land, together with its buildings, appurtenances, improvements, fixtures, attachments and easements, located at 29 Leon Court, Rockville Centre, New York, NY 11570;

( the "Specific Property");

WHEREAS, on or about June 24, 2016, Ann Marie Skelos ("Petitioner") filed a petition asserting an interest in the Specific Property (the "Petition") (D.E. 210);

WHEREAS, on or about July 27, 2016, the Court entered a Stipulation and Order (D.E. 219), ordering that upon the sale of the Specific Property, the Petitioner will withdraw her Petition and retain 65% of the net proceeds realized from the sale of the Specific Property, and the remaining 35% remitted to the United States Marshals Service ("USMS"), Seized Asset Deposit Fund, to be held by the USMS pending the lifting of the stay pending appeal and entry of a Final Order of Forfeiture;

WHEREAS, on or about August 2, 2016, pursuant to the Stipulation and Order, the Specific Property was sold and approximately $32,000 was paid to the USMS and is currently held in the Seized Asset Deposit Fund as the substitute *res* for the Specific Property;

WHEREAS, in or about May 2016, the Defendant appealed his sentence, and in or about August 2016 the Court stayed the Defendant's financial penalties pending appeal (D.E. 200, 221)

WHEREAS, on or about September 26, 2017, the United States Court of Appeals for the Second Circuit issued a summary order vacating the Judgment entered against the Defendant and remanded to the District Court for retrial (D.E. 223);

WHEREAS, on or about July 17, 2018, the Defendant was found guilty, following a retrial, of Counts One through Eight of the Indictment;

WHEREAS, on or about November 18, 2018, this Court entered a Preliminary Order of Forfeiture as to Specific Property/Money Judgment (the "Preliminary Order of Forfeiture") (D.E. 472) forfeiting to the United States all of Defendant's right, title and interest in the Specific Property;

WHEREAS, the Preliminary Order of Forfeiture directed the United States to publish, for at least thirty (30) consecutive days, notice of the Preliminary Order of Forfeiture, notice of the United States' intent to dispose of the Specific Property, and the requirement that any person asserting a legal interest in the Specific Property must file a petition with the Court in accordance with the requirements of Title 21, United States Code, Sections 853(n)(2) and (3). Pursuant to Section 853(n), the United States could, to the extent practicable, provide direct written notice to any person known to have an alleged interest in the Specific Property and as a substitute for published notice as to those persons so notified;

2

WHEREAS, the provisions of Title 21, United State Code, Section 853(n)(1), Rule 32.2(b)(6) of the Federal Rules of Criminal Procedure, and Rules G(4)(a)(iv)(C) and G(5)(a)(ii) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, require publication of a notice of forfeiture and of the Government's intent to dispose of the Specific Property before the United States can have clear title to the Specific Property;

WHEREAS, the Notice of Forfeiture and the intent of the United States to dispose of the Specific Property was posted on an official government internet site (www.forfeiture.gov) beginning on November 21, 2018, for thirty (30) consecutive days, through December 20, 2018, pursuant to Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty and Maritime Claims and Asset Forfeiture Actions and proof of such publication was filed with the Clerk of the Court on August 2, 2023 (D.E. 533);

WHEREAS, thirty (30) days have expired since final publication of the Notice of Forfeiture and no petitions or claims to contest the forfeiture of the Specific Property have been filed;

WHEREAS, the Defendant and the Petitioner are the only people and/or entities known by the Government to have a potential interest the Specific Property; and

WHEREAS, pursuant to Title 21, United States Code, Section 853(n)(7), the United States shall have clear title to any forfeited property if no petitions for a hearing to contest the forfeiture have been filed within thirty (30) days of final publication of notice of forfeiture as set forth in Title 21, United States Code, Section 853(n)(2);

NOW, THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED THAT:

1. All right, title and interest in the Specific Property is hereby forfeited and vested in the United States of America, and shall be disposed of according to law.

3

2. Pursuant to Title 21, United States Code, Section 853(n)(7) the United States of America shall and is hereby deemed to have clear title to the Specific Property.

3. The United States Marshals Service (or its designee) shall take possession of the Specific Property and dispose of the same according to law, in accordance with Title 21, United States Code, Section 853(h).

Dated: New York, New York
　　　　August  7 , 2023

　　　　　　　　　　　　　　　　SO ORDERED:

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　HONORABLE KIMBA M. WOOD
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE